Maurice C. LAND, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 5, 2016

Supreme Court of Delaware.

Submitted: November 16, 2016
Decided: January 10, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1408007675A

AFFIRMED.

■

Vincente R. MANISCALCO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 367, 2016

Supreme Court of Delaware.

Submitted: November 14, 2016
Decided: January 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1402002044

AFFIRMED.

Jair MOLINA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 312, 2016

Supreme Court of Delaware.

Submitted: November 21, 2016
Decided: January 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1507000643

AFFIRMED.

■

Herbert CLANTON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 277, 2016

Supreme Court of Delaware.

Submitted: October 20, 2016
Decided: January 12, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1411018085

GRANTED. AFFIRMED.